UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-24456-CIV-LENARD/WHITE

**ROBERT BROWN**

        Plaintiff,

vs.

**KENNY ATKINSON, et al.**,

        Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 5) AND DISMISSING COMPLAINT (D.E. 1)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge Patrick A. White ("Report," D.E. 5), issued on December 20, 2010. In his Report, Magistrate Judge White recommends Plaintiff Robert Brown's civil rights Complaint (D.E. 1) be dismissed. (Report at 4.) Specifically, the Report finds that the Complaint, seeking to allege discrimination on behalf of similarly situated inmates at FCI Miami, cannot proceed *in forma pauperis* without each plaintiff filing a separate complaint and motion to proceed without payment of filing fees. (Report at 2.) The Report also evaluates Plaintiff's attempt to certify his action as a class action pursuant to Federal Rule of Civil Procedure 23, finding that Plaintiff has not adequately pled all of the prerequisites and alternately, allowing an imprisoned *pro se* litigant to represent his fellow inmates would be error. (Report at 3 (citations omitted).)

The Report also directed Plaintiff to amend his Complaint on or before January 14, 2011, or face dismissal of his complaint. Finally the Report also provides fourteen (14)

days for the parties to file objections. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Plaintiff has also failed to amend his Complaint.

Therefore, after an independent review of the Report and record, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 5), issued on December 20, 2010, is **ADOPTED.**

2. Plaintiff Robert Brown's Complaint (D.E. 1), filed on December 14, 2010, is **DISMISSED**.

3. All pending motions are **DENIED** as moot.

4. This Case is **CLOSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 21st day of January, 2011.

                                              **JOAN A. LENARD**
                                              **UNITED STATES DISTRICT JUDGE**